THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JERRY L. WATKINS III,<br><br>            Plaintiff,<br><br>v.<br><br>JOSHUA BRADLEY STAPLES,<br><br>            Defendant. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 4:23-CV-39-DN<br><br>District Judge David Nuffer |

In this prisoner civil-rights action, on May 7, 2024, the Court ordered Plaintiff to within thirty days "SHOW CAUSE why this case should not be dismissed for failure to serve the complaint upon Defendant." (ECF No. 2.) Plaintiff has not responded; indeed, the Court last heard from Plaintiff more than thirteen months ago when he filed the Complaint. (ECF No. 1.) And the recent Order to Show Cause was returned to sender, marked, "Not @ this address." (ECF No. 3.)

IT IS THUS ORDERED that Plaintiff's complaint is DISMISSED without prejudice for failure to comply with the Court's orders and for failure to prosecute. *See* DUCivR 41-2.

DATED this 26th day of June, 2024.

BY THE COURT:

_____

DAVID NUFFER
United States District Judge